```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
COMPASSIONATE LIVING, *a Not-For-Profit*
*Corporation*,
                                          Plaintiff,
              -against-

VITAL FARMS, INC.,
                                          Defendant.
------------------------------------------------------------------- X

1:22-cv-5545-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on June 29, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than July 13, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: June 30, 2022
New York, New York

                                          GREGORY H. WOODS
                                        United States District Judge