UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022
```

-------------------------------------------------------------------- X

COMPASSIONATE LIVING, *a Not-For-Profit Corporation*,

                                        Plaintiff,

                -against-

VITAL FARMS, INC.,

                                        Defendant.

-------------------------------------------------------------------- X

1:22-cv-5545-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In Defendant's June 29, 2022 notice of removal, Dkt. No. 1, Defendant asserts that the Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 "as Plaintiff is completely diverse from Defendant." *Id.* ¶ 5.  According to Defendant, Plaintiff is "a not-for-profit corporation incorporated in California with a principal place of business in California," and Defendant is "a corporation incorporated in Delaware with a principal place of business in Texas." *Id.* ¶ 6. Defendants do not identify either parties' connection to the state or New York or the U.S. District Court for the Southern District of New York.

Accordingly, no later than July 12, 2022, the parties are ordered to submit a joint letter stating their respective views as to why this case is properly venued in the Southern District of New York and the basis for the Court's personal jurisdiction over the defendant.

SO ORDERED.

Dated:  July 5, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge